UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL CREFT, | : | CIVIL ACTION–LAW |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | JURY TRIAL DEMANDED |
| | : | |
| OFFICER WISINSKI and OFFICER HARRISON, | : : | |
| | : | No. 3:18-cv-01230 |
| Defendants. | : | |

**CONCURRED-IN MOTION TO WITHDRAW
AS COUNSEL FOR PLAINTIFF**

Barry H. Dyller, Esq., Shelley L. Centini, Esq., and the Dyller Law Firm hereby move to withdraw as counsel for plaintiff, Michael Creft ("Mr. Creft") in the above-captioned matter, and aver as follows:

1. On June 19, 2018, Mr. Creft initiated this lawsuit against defendants by filing a complaint alleging violations of his First, Eighth, and Fourteenth Amendment rights while he was a prisoner in the custody of the Pennsylvania Department of Corrections. (Doc. 1).

2. Undersigned counsel entered their appearance for Mr. Creft.

3. Plaintiff also served defendants with discovery requests.

4. Defendants filed an answer and an amended answer on September 26 and 28, 2018, respectively. (Docs. 8 & 10).

5. Presently, a case management conference is scheduled in this matter for November 15, 2018.  (Doc. 13).

6. On October 3, 2018, defendants responded to plaintiff's discovery requests and produced relevant documents and recordings.

7. Upon review of the defendants' discovery production, undersigned counsel formed the opinion that continuing representation of Mr. Creft would violate the Rules of Professional Conduct.

8. Counsel then discussed this matter with Mr. Creft.  Mr. Creft consents to counsel's withdrawal from representation and has supplied counsel with a document evidencing his consent.  *See Consent,* attached hereto as "Exhibit 1."

9. Counsel has also discussed the matter with counsel for the defendants, Deputy Attorney General Lauren Sulcove, who concurs in this motion.

WHEREFORE, undersigned counsel respectfully requests this Court permit withdrawal of Barry H. Dyller, Esq., Shelley L. Centini, Esq., and the Dyller Law Firm as counsel for plaintiff in this matter.

                                                                               Respectfully Submitted,

                                                         <u>s/ Barry H. Dyller, Esq.</u>
                                                    <u>s/ Shelley L. Centini, Esq.</u>
                                                              Dyller Law Firm
                                           88 North Franklin Street
                                             Wilkes-Barre, PA  18701
                                                    (570) 829-4860